# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-05799-MMM<br>10-bk-25839 MT | Date | August 15, 2012 |

| | |
|---|---|
| Title | *In re Debtor*: Anthony Magnanimo and Catherine Magnanimo<br>Bryan Diaz Law, P.C. vs DSSS One Capital, LLC |

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| R. Neal for ANEL HUERTA | N/A |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**     **Order To Show Cause Re Bankruptcy Appeal**

The docket reflects that a bankruptcy appeal has been filed in the above-entitled action, but that appellant has not filed the required F.R.B.P. Rule 8006 records.

Appellant is Ordered to Show Cause no later than <u>August 23, 2012</u>, why the appeal should not be dismissed for these deficiencies. The Court may consider Appellant's filing of the missing required documents and fees, along with a declaration of good cause for the delay, sufficient response to the order to show cause.