JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE ANTHONY MAGNANIMO AND CATHERINE B. MAGNANIMO<br><br>BRYAN DIAZ LAW, P.C.,<br>　　　　　Appellant,<br>　　v.<br>DSSS CAPITAL ONE, LLC,<br>　　　　　Appellee. | NO. CV 12-5799 FMO<br><br>Bankruptcy Case NO. BK 10-25839<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the Bankruptcy Court's Order of June 12, 2012 is **affirmed**. This action is **dismissed with prejudice**.

Dated this 16th day of April, 2013.

　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　United States District Judge